UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HEATHER MAHONEY,

    Plaintiff,

 -vs-                                             Case No. 10-10256
                                                       Hon. Patrick J. Duggan

CHASE MANHATTAN MORTGAGE CORPORATION, *et al.*

    Defendants.

## **STIPULATION OF DISMISSAL**

The parties to the above-styled action stipulate and agree that the claims in the Complaint shall be dismissed. The dismissal shall be treated as a dismissal with prejudice and without costs, sanctions or fees assessed against any party upon the execution of a loan modification agreement between the Plaintiff, HEATHER MAHONEY, and the Defendants or the designee within 120 days from the entry of the Order of Dismissal. If these Parties fail to enter into a loan modification agreement within 120 days from the entry of the Order of Dismissal, the lawsuit shall remain dismissed without prejudice and without costs, sanctions or fees assessed against any party.

Stipulated to by:

By:   s/ Adam G. Taub_____           By:   s/William Kelley
        Adam G. Taub (P48703)                         William Kelley
        ADAM G. TAUB & ASSOCIATES             Connelly, Groth, Elowsky, Kelley,
        CONSUMER LAW GROUP, PLC              Pawlak & Seglund
        Attorney for Heather Mahoney               2410 S Commerce Road
        18930 West Ten Mile Rd, Ste 2500         Walled Lake, MI 48390
        Southfield, MI 48075                             Phone: (248) 624-4505
        (248) 746-3790                                 Email: wkelley@michlaw.biz
        adamgtaub@clgplc.net

Dated: September 13, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HEATHER MAHONEY,

    Plaintiff,

-vs-                                                            Case No. 10-10256
                                                               Hon. Patrick J. Duggan

CHASE MANHATTAN MORTGAGE CORPORATION, *et al.*

    Defendants.

## **ORDER OF DISMISSAL**

Based on the stipulation of the parties, IT IS HEREBY ORDERED:

The Complaint shall be dismissed. The dismissal shall be treated as a dismissal with prejudice and without costs, sanctions or fees assessed against any party upon the execution of a loan modification agreement between the Plaintiff, HEATHER MAHONEY, and the Defendants or the designee within 120 days from the entry of the Order of Dismissal. If these Parties fail to enter into a loan modification agreement within 120 days from the entry of the Order of Dismissal, the lawsuit shall remain dismissed without prejudice and without costs, sanctions or fees assessed against any party.

    SO ORDERED.

                              S/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: September 13, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 13, 2010, by electronic and/or ordinary mail.

                              S/Marilyn Orem
                              Case Manager